39 F.3d 1175
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Andrew BAILEY, Petitioner Appellant,
v.
Richard S. LINDLER, Warden; T. Travis Medlock, Attorney
General of the State of South Carolina,
Respondents Appellees.
 No. 94-6658.
 United States Court of Appeals, Fourth Circuit.
 Submitted Oct. 18, 1994.
Decided Nov. 14, 1994.
 
 Andrew Bailey, Appellant Pro Se. Donald John Zelenka, Chief Deputy Attorney General, Columbia, SC, for Appellees.
 D.S.C.
 DISMISSED.
 Before HALL and MICHAEL, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant seeks to appeal the district court's orders denying relief on his 28 U.S.C. Sec. 2254 (1988) petition and denying reconsideration. Our review of the record and the district court's opinion accepting the recommendation of the magistrate judge discloses no abuse of discretion and that this appeal is without merit. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Bailey v. Lindler, No. CA-93-1718-3-20-B (D.S.C. May 18, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED